# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Thomas Evenstad,  Civ. No. 20-864 (SRN/LIB)

    Plaintiff,

v.  **ORDER**

Paul Schnell, et al.,

    Defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

1. Plaintiff's Motion for Preliminary Injunction, [Docket No. 3], is **DENIED without prejudice**.

BY THE COURT:

DATED: July 6, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge