# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Thomas Evenstad, | Civ. No. 20-864 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Paul Schnell, et al, | |
| Defendants. | |

---

Thomas Evenstad, 1921 Feronia Ave, Suite 4, Saint Paul, MN 55104, Plaintiff pro se.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated February 1, 2021 [Doc. No. 18]. No objections have been filed in the time period permitted by the Local Rules.

Accordingly, and after an independent review of the files, records and proceedings in the above-entitled matter, IT IS HEREBY ORDERED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

DATED: February 22, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge